IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KOLBY P. BEARDEN,<br><br>            Plaintiff,<br><br>vs.<br><br>BRADLY REIS, Lincoln Police Officer,<br><br>            Defendant. | 4:20CV3045<br><br>MEMORANDUM<br>AND ORDER |

On October 21, 2020, the court ordered Plaintiff to file an amended complaint by November 20, 2020. (Filing 12.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 12 at CM/ECF p. 9.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1.   This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.   Judgment shall be entered by separate document.

DATED this 1st day of December, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge